IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

```
DRY CLEANING TO-YOUR-DOOR, INC.,  )
dba DRY CLEANING TO-YOUR-DOOR,    )
                                  )
                Plaintiff,        )   Civil No. 07-1393-HO
                                  )
        v.                        )   O R D E R
                                  )
DARRYL DAVIS and STACY DAVIS,     )
individuals                       )
                                  )
                Defendants.       )
```

Plaintiff brings this action for trademark infringement, unfair competition and breach of franchise agreement. Defendant failed to respond to the complaint and plaintiff obtained an entry of default and a default judgment. Plaintiff now seeks attorneys' fees pursuant to the terms of the franchise agreement and ORS § 20.096.

The court has reviewed the declarations of counsel and finds that the claimed amounts of $17,379 in fees and $2,098.63 in costs

are reasonable. Accordingly, plaintiff's motion for attorneys' fees is granted.

## CONCLUSION

For the reasons stated above, plaintiff's motion for attorneys' fees (#29) is granted in the amount of $19,477.63.

DATED this __5th__ day of August, 2008.

                                                __s/ Michael R. Hogan__
                                              United States District Judge